FILED
CLERK, U.S. DISTRICT COURT

OCT - 6 2009
10-6-09

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KODIAK WAREHOUSE LLC, KODIAK WAREHOUSE JPM LLC, KODIAK CDO I, LTD., KODIAK CDO MANAGEMENT LLC, AND KODIAK FUNDING LP<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD A. MORRICE; PATTI M. DODGE; ROBERT K. COLE; EDWARD F. GOTSCHALL; JEFFREY D. GOLDBERG<br><br>Defendants. | Case No. SACV 08-1265 DDP (FMOx)<br><br>[PROPOSED] ORDER ON STIPULATION RE: SUBSTITUTION OF PARTY |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

## ~~PROPOSED~~ ORDER

WHEREAS the Court has considered the Stipulation re Substitution of Party by and between Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP (collectively, the "Kodiak Entities"), on the one hand, and Susan K. Gotschall, as executor of the Estate of Edward F. Gotschall (the "Gotschall Executor"), on the other hand, and there being good cause;

IT IS HEREBY ORDERED:

1. Edward F. Gotschall is no longer a party to this action by reason of his death;

2. Susan K. Gotschall, as the Gotschall Executor, is substituted as a party to this action in place of Edward F. Gotschall;

3. As the Gotschall Executor, Susan K. Gotschall has acknowledged actual notice of this suit and agrees to subject the Estate of Edward F. Gotschall to the jurisdiction of this Court in this action;

4. The Gotschall Executor has waived service of the First Amended Complaint, which was filed in this Court on June 26, 2009, and has agreed to accept service thereof by e-mail delivery to counsel for the Gotschall Executor, which delivery shall constitute good and sufficient service of the First Amended Complaint;

5. The Gotschall Executor shall have 30 days from the date of such service to respond to the First Amended Complaint;

6. Notwithstanding their entry into the Stipulation, the Kodiak Entities and the Gotschall Executor intend to and do reserve all rights, claims and defenses that they have with respect to the instant matter herein, including but not limited to any defenses that may be asserted by Susan K. Gotschall or the Gotschall Estate based on the statute of limitations

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

and any rights and claims that the statute of limitations was tolled and/or extended by Edward F. Gotschall's death;

7. The caption shall be amended to reflect such substitution, as follows:

| | |
|---|---|
| KODIAK WAREHOUSE LLC, KODIAK WAREHOUSE JPM LLC, KODIAK CDO I, LTD., KODIAK CDO MANAGEMENT LLC, AND KODIAK FUNDING LP<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD A. MORRICE; PATTI M. DODGE; ROBERT K. COLE; SUSAN K. GOTSCHALL AS EXECUTOR OF THE ESTATE OF EDWARD F. GOTSCHALL; JEFFREY D. GOLDBERG<br><br>Defendants, | Case No. SACV 08-1265 DDP (FMOx) |

DATED: ~~August __, 2009~~ 10-6-09

_____
Honorable ~~Dean~~ ~~D.~~ Pregerson
United States District ~~Court~~ Judge

LA:251826.1

3
[PROPOSED] ORDER RE STIPULATION RE: SUBSTITUTION OF PARTY