1  DAN MARMALEFSKY (CA SBN 95477)
   DMarmalefsky@mofo.com
2  DAVID B. BABBE (CA SBN 107446)
   DBabbe@mofo.com
3  SAMANTHA P. GOODMAN (CA SBN 197921)
   SGoodman@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
5  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Defendant
   JEFFREY D. GOLDBERG
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  KODIAK WAREHOUSE LLC, KODIAK WAREHOUSE JPM LLC, KODIAK CDO I, LTD., KODIAK CDO MANAGEMENT LLC, AND KODIAK FUNDING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD A. MORRICE; PATTI M. DODGE; ROBERT K. COLE; EDWARD F. GOTSCHALL; JEFFREY D. GOLDBERG,<br><br>Defendants. | Case No. SACV-08-1265-DDP (FMOx)<br><br>[The Honorable Dean D. Pregerson]<br><br>**STIPULATION RE: CONTINUANCE OF SCHEDULING CONFERENCE AND DEADLINE FOR DEFENDANT JEFFREY D. GOLDBERG TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 7, 2008<br>Trial Date: None Set |

STIPULATION                                    1

la-1049247

1  WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C. § 77j;
2  (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law Fraud;
3  and (5) Negligent Misrepresentation on November 7, 2008;
4  WHEREAS, a Scheduling Conference is set for November 30, 2009;
5  WHEREAS, the parties are required to meet and confer pursuant to Federal
6  Rule of Civil Procedure 26(f) on or before November 9, 2009;
7  WHEREAS, the parties are required to submit a joint discovery plan pursuant
8  to Federal Rule of Civil Procedure 26(f) on or before November 23, 2009;
9  WHEREAS, Defendant Jeffrey Goldberg ("Goldberg") filed a motion to
10 dismiss Plaintiffs' claims against him;
11 WHEREAS, on May 13, 2009, the Court ruled on Goldberg's motion to
12 dismiss, denying the motion in part and granting the motion in part, with leave to
13 amend;
14 WHEREAS, Plaintiffs filed a First Amended Complaint on June 26, 2009;
15 WHEREAS, Goldberg currently has until October 19, 2009 to respond to
16 Plaintiffs' First Amended Complaint;
17 WHEREAS, counsel for the parties have engaged in discussions regarding
18 settlement of this and related litigation, the discussions are ongoing, and progress is
19 being made with the aid of a mediator;
20 WHEREAS, counsel for the parties have agreed to extend certain pending
21 deadlines for 60-90 days in order to continue the settlement discussions;
22 NOW THEREFORE, the parties, through their respective counsel, hereby
23 stipulate and respectfully request that the Court order that:
24   1.  The Scheduling Conference shall be reset for January 29, 2010;
25   2.  The parties shall meet and confer pursuant to Federal Rule of Civil
26 Procedure 26(f) on or before January 8, 2010;
27
28

STIPULATION                                     2
la-1049247

1   3.   The parties shall submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before January 22, 2010; and

4.   The time for Goldberg to respond to the First Amended Complaint shall be extended to January 18, 2010.

Dated:   October 16, 2009

WINSTON & STRAWN LLP

By: /s/ Steven Atlee
Steven D. Atlee

Attorneys for Plaintiffs Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP

Dated:   October __, 2009

LATHAM & WATKINS LLP

By: _____
Manuel A. Abascal

Attorneys for Defendant Robert K. Cole

Dated:   October __, 2009

MUNGER, TOLLES AND OLSON

By: _____
Kathleen M. McDowell

Attorneys for Defendants Brad A. Morrice and Patti M. Dodge

1      3.   The parties shall submit a joint discovery plan pursuant to Federal
2  Rule of Civil Procedure 26(f) on or before January 22, 2010; and
3      4.   The time for Goldberg to respond to the First Amended Complaint
4  shall be extended to January 18, 2010.

Dated:   October __, 2009          WINSTON & STRAWN LLP


                                   By: _____
                                       Steven D. Atlee

                                   Attorneys for Plaintiffs Kodiak
                                   Warehouse LLC, Kodiak
                                   Warehouse JPM LLC, Kodiak
                                   CDO I, Ltd., Kodiak CDO
                                   Management LLC, and Kodiak
                                   Funding LP


Dated:   October 16, 2009          LATHAM & WATKINS LLP


                                   By: /s/ Manuel A. Abascal/DJ
                                       Manuel A. Abascal

                                   Attorneys for Defendant
                                   Robert K. Cole


Dated:   October __, 2009          MUNGER, TOLLES AND OLSON


                                   By: _____
                                       Kathleen M. McDowell

                                   Attorneys for Defendants
                                   Brad A. Morrice and Patti M.
                                   Dodge

STIPULATION                        3
la-1049247

3.  The parties shall submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before January 22, 2010; and

4.  The time for Goldberg to respond to the First Amended Complaint shall be extended to January 18, 2010.

Dated: October __, 2009          WINSTON & STRAWN LLP

                                 By: _____
                                     Steven D. Atlee

                                 Attorneys for Plaintiffs Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP

Dated: October __, 2009          LATHAM & WATKINS LLP

                                 By: _____
                                     Manuel A. Abascal

                                 Attorneys for Defendant Robert K. Cole

Dated: October 16, 2009          MUNGER, TOLLES AND OLSON

                                 By: /s/ Kathleen M. McDowell
                                     Kathleen M. McDowell

                                 Attorneys for Defendants Brad A. Morrice and Patti M. Dodge

STIPULATION                      3
la-1049247

```
 1   Dated:    October 19, 2009        SKADDEN, ARPS, SLATE, MEAGHER
                                       & FLOM LLP & AFFILIATES
 2

 3
                                       By: /s/ Jack P. DiCanio (GDJ)
 4                                         Jack P. DiCanio

 5                                     Attorneys for
                                       Estate of Edward F. Gotschall
 6

 7

 8   Dated:    October __, 2009        MORRISON & FOERSTER LLP

 9

10                                     By: _____
                                           David B. Babbe
11
                                       Attorneys for Defendant
12                                     JEFFREY D. GOLDBERG
```

Dated: October __, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

By: _____
Jack P. DiCanio

Attorneys for Defendant
Edward F. Gotschall

Dated: October /4, 2009

MORRISON & FOERSTER LLP

By: _____
David B. Babbe

Attorneys for Defendant
JEFFREY D. GOLDBERG