UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KODIAK WAREHOUSE LLC, KODIAK WAREHOUSE JPM LLC, KODIAK CDO I, LTD., KODIAK CDO MANAGEMENT LLC, AND KODIAK FUNDING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD A. MORRICE; PATTI M. DODGE; ROBERT K. COLE; EDWARD F. GOTSCHALL; JEFFREY D. GOLDBERG,<br><br>Defendants. | Case No. SACV-08-1265-DDP (FMOx)<br><br>[The Honorable Dean D. Pregerson]<br><br>**[PROPOSED] ORDER RE: CONTINUANCE OF SCHEDULING CONFERENCE AND DEADLINE FOR DEFENDANT JEFFREY D. GOLDBERG TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 7, 2008<br>Trial Date: None Set |

[PROPOSED] ORDER                               1
la-1049249

1    WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C. § 77j;
2 (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law Fraud;
3 and (5) Negligent Misrepresentation on November 7, 2008;
4    WHEREAS, a Scheduling Conference is set for November 30, 2009;
5    WHEREAS, the parties are required to meet and confer pursuant to Federal
6 Rule of Civil Procedure 26(f) on or before November 9, 2009;
7    WHEREAS, the parties are required to submit a joint discovery plan pursuant
8 to Federal Rule of Civil Procedure 26(f) on or before November 23, 2009;
9    WHEREAS, Defendant Jeffrey Goldberg ("Goldberg") filed a motion to
10 dismiss Plaintiffs' claims against him;
11    WHEREAS, on May 13, 2009, the Court ruled on Goldberg's motion to
12 dismiss, denying the motion in part and granting the motion in part, with leave to
13 amend;
14    WHEREAS, Plaintiffs filed a First Amended Complaint on June 26, 2009;
15    WHEREAS, Goldberg currently has until October 19, 2009 to respond to
16 Plaintiffs' First Amended Complaint;
17    WHEREAS, counsel for the parties have engaged in discussions regarding
18 settlement of this and related litigation, the discussions are ongoing, and progress is
19 being made with the aid of a mediator;
20    WHEREAS, counsel for the parties have agreed to extend certain pending
21 deadlines for 60-90 days in order to continue the settlement discussions;
22    WHEREAS, the parties, through their respective counsel, stipulated and
23 requested that the Court continue the deadlines set forth below;
24    IT IS HEREBY ORDERED as follows:
25    1.    The Scheduling Conference shall be reset for January 29, 2010;
26    2.    The parties shall meet and confer pursuant to Federal Rule of Civil
27 Procedure 26(f) on or before January 8, 2010;
28

[PROPOSED] ORDER                             2
la-1049249

3. The parties shall submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before January 22, 2010; and

4. The time for Goldberg to respond to the First Amended Complaint is extended to January 18, 2010.

Dated: October __, 2009

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT COURT JUDGE