LATHAM & WATKINS LLP
   Manuel A. Abascal (SBN 171301)
   Manny.Abascal@lw.com
   Ethan J. Brown (SBN 218814)
   Ethan.Brown@lw.com
   Heather C. Gorman (Bar No. 258920)
   Heather.Gorman@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Defendant Robert K. Cole

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP<br><br>Plaintiffs,<br><br>vs.<br><br>Brad A. Morrice; Patti M. Dodge; Robert K. Cole; Edward F. Gotschall; Jeffrey D. Goldberg<br><br>Defendants. | CASE NO. SACV 08-01265 DDP (FMOx)<br><br>[The Honorable Dean D. Pregerson]<br><br>**STIPULATION REGARDING CONTINUANCE OF SCHEDULING CONFERENCE** |

1    WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C.

2  § 77j; (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law

3  Fraud; and (5) Negligent Misrepresentation on November 7, 2008;

4    WHEREAS, a Scheduling Conference is set for January 25, 2010;

5    WHEREAS, the parties are required to meet and confer pursuant to

6  Federal Rule of Civil Procedure 26(f) on or before January 8, 2010;

7    WHEREAS, the parties are required to submit a joint discovery plan

8  pursuant to Federal Rule of Civil Procedure 26(f) on or before January 19, 2010;

9    WHEREAS, counsel for the parties have engaged in meaningful

10  discussions regarding settlement of this and related litigation, the discussions and

11  in person meetings are ongoing, and progress is being made with the aid of a

12  mediator;

13    WHEREAS, counsel for the parties have agreed to extend certain

14  pending deadlines for 60-90 days in order to continue the settlement discussions;

15    NOW THEREFORE, the parties, through their respective counsel,

16  hereby stipulate and respectfully request that the Court order that:

17    1.    The Scheduling Conference shall be continued from January

18  25, 2010 to March 29, 2010;

19    2.    The parties shall meet and confer pursuant to Federal Rule of

20  Civil Procedure 26(f) on or before March 12, 2010; and

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION REGARDING CONTINUANCE
OF SCHEDULING CONFERENCE
CASE NO. SACV 08-01265 DDP (FMOx)

1    3.  The parties shall submit a joint discovery plan pursuant to

2 Federal Rule of Civil Procedure 26(f) on or before March 23, 2010.

3

4 Dated: January 7, 2010    LATHAM & WATKINS LLP

5            By:  *Manny A. Abascal / hcg*

6              Manuel A. Abascal

7              355 South Grand Avenue

               Los Angeles, CA 90071-1560

8              Tel:  213-485-1234

9

               *Counsel for Defendant Robert K. Cole*

10

11           MUNGER TOLLES & OLSON LLP

12           By: _____

13              Kathleen M. McDowell

               355 South Grand Avenue, 35th Floor

14              Los Angeles, CA 90071-1560

15              Tel:  310-683-9100

16

               *Counsel for Defendants Brad A.*

17              *Morrice and Patti M. Dodge*

18           SKADDEN, ARPS, SLATE, MEAGHER &

19           FLOM LLP & AFFILIATES

20           By: _____

21              Jack P. DiCanio

22              300 South Grand Avenue, Suite 3400

               Los Angeles, CA 90071

23              Tel:  213-687-5000

24

               *Counsel for Defendant Estate of*

25              *Edward F. Gotschall*

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION REGARDING CONTINUANCE
OF SCHEDULING CONFERENCE
CASE NO. SACV 08-01265 DDP (FMOx)

1        3.    The parties shall submit a joint discovery plan pursuant to

2    Federal Rule of Civil Procedure 26(f) on or before March 23, 2010.

3

4    Dated: January    , 2010        LATHAM & WATKINS LLP

5                      By: _____

6                         Manuel A. Abascal

7                         355 South Grand Avenue
                     Los Angeles, CA 90071-1560

8                         Tel: 213-485-1234

9                         *Counsel for Defendant Robert K. Cole*

10

11                     MUNGER TOLLES & OLSON LLP

12                     By: *Kathleen M. McDowell*

13                        Kathleen M. McDowell

14                        355 South Grand Avenue, 35th Floor
                     Los Angeles, CA 90071-1560

15                        Tel: 310-683-9100

16

17                        *Counsel for Defendants Brad A.*
                     *Morrice and Patti M. Dodge*

18                     SKADDEN, ARPS, SLATE, MEAGHER &

19                     FLOM LLP & AFFILIATES

20                     By: _____

21                        Jack P. DiCanio

22                        300 South Grand Avenue, Suite 3400
                     Los Angeles, CA 90071

23                        Tel: 213-687-5000

24

25                        *Counsel for Defendant Estate of*
                     *Edward F. Gotschall*

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES
          2          STIPULATION REGARDING CONTINUANCE
OF SCHEDULING CONFERENCE
CASE NO. SACV 08-01265 DDP (FMOx)

1        3.    The parties shall submit a joint discovery plan pursuant to

2    Federal Rule of Civil Procedure 26(f) on or before March 23, 2010.

3

4    Dated: January 7, 2010          LATHAM & WATKINS LLP

5                             By: _____

6                                  Manuel A. Abascal

7                                  355 South Grand Avenue

                                Los Angeles, CA 90071-1560

8                                  Tel: 213-485-1234

9

                              *Counsel for Defendant Robert K. Cole*

10

11             MUNGER TOLLES & OLSON LLP

12                            By: _____

13                                 Kathleen M. McDowell

14                                 355 South Grand Avenue, 35th Floor

                                Los Angeles, CA 90071-1560

15                                 Tel: 310-683-9100

16
                              *Counsel for Defendants Brad A.*

17                                 *Morrice and Patti M. Dodge*

18             SKADDEN, ARPS, SLATE, MEAGHER &

19             FLOM LLP & AFFILIATES

20                            By: _____

21                                 Jack P. DiCanio

22                                 300 South Grand Avenue, Suite 3400

23                                 Los Angeles, CA 90071

                              Tel: 213-687-5000

24

25                                 *Counsel for Defendant Estate of*
                              *Edward F. Gotschall*

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION REGARDING CONTINUANCE
OF SCHEDULING CONFERENCE
CASE NO. SACV 08-01265 DDP (FMOx)

MORRISON & FOERSTER LLP

By: David Babbe /SG

David B. Babbe
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Tel: 213-892-5200

*Counsel for Defendant Jeffrey D.
Goldberg*

– and –

WINSTON & STRAWN LLP

By: _____

Steven D. Atlee
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700

*Counsel for Plaintiffs Kodiak
Warehouse LLC, Kodiak Warehouse
JPM LLC, Kodiak CDO I, Ltd., Kodiak
CDO Management LLC, and Kodiak
Funding LP*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION REGARDING CONTINUANCE
OF SCHEDULING CONFERENCE
CASE NO. SACV 08-01265 DDP (FMOx)

MORRISON & FOERSTER LLP

By: _____

    David B. Babbe
    555 West Fifth Street, Suite 3500
    Los Angeles, CA 90013-1024
    Tel: 213-892-5200

    *Counsel for Defendant Jeffrey D.*
    *Goldberg*

– and –

WINSTON & STRAWN LLP

By: _____

    Steven D. Atlee
    333 South Grand Avenue, 38th Floor
    Los Angeles, CA 90071-1543
    Tel: 213-615-1700

    *Counsel for Plaintiffs Kodiak*
    *Warehouse LLC, Kodiak Warehouse*
    *JPM LLC, Kodiak CDO I, Ltd., Kodiak*
    *CDO Management LLC, and Kodiak*
    *Funding LP*

LATHAM&WATKINS⁺ᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION REGARDING CONTINUANCE
OF SCHEDULING CONFERENCE
CASE NO. SACV 08-01265 DDP (FMOx)