1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP<br><br>Plaintiffs,<br><br>vs.<br><br>Brad A. Morrice; Patti M. Dodge; Robert K. Cole; Edward F. Gotschall; Jeffrey D. Goldberg<br><br>Defendants. | CASE NO. SACV 08-01265 DDP (FMOx)<br><br>[The Honorable Dean D. Pregerson]<br><br>**[PROPOSED] ORDER REGARDING CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Complaint Filed: November 7, 2008<br>Trial Date: None Set |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER
CASE NO. SACV 08-01265 DDP (FMOx)

WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C. § 77j; (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law Fraud; and (5) Negligent Misrepresentation on November 7, 2008;

WHEREAS, a Scheduling Conference is set for January 25, 2010;

WHEREAS, the parties are required to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) on or before January 8, 2010;

WHEREAS, the parties are required to submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before January 19, 2010;

WHEREAS, counsel for the parties have engaged in meaningful discussions regarding settlement of this and related litigation, the discussions and in person meetings are ongoing, and progress is being made with the aid of a mediator;

WHEREAS, counsel for the parties have agreed to extend certain pending deadlines for 60-90 days in order to continue the settlement discussions;

WHEREAS, the parties, through their respective counsel, stipulated that the Court continue the deadlines set forth below;

IT IS HEREBY ORDERED as follows:

1. The Scheduling Conference shall be continued from January 25, 2010 to March 29, 2010;

2. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) on or before March 12, 2010; and

3. The parties shall submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before March 23, 2010.

Dated: January     , 2010

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT COURT JUDGE