1  DAN MARMALEFSKY (CA SBN 95477)
   DMarmalefsky@mofo.com
2  DAVID B. BABBE (CA SBN 107446)
   DBabbe@mofo.com
3  SAMANTHA P. GOODMAN (CA SBN 197921)
   SGoodman@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
5  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Defendant
   JEFFREY D. GOLDBERG
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 KODIAK WAREHOUSE LLC, KODIAK WAREHOUSE JPM LLC, KODIAK CDO I, LTD., KODIAK CDO MANAGEMENT LLC, AND KODIAK FUNDING LP, | Case No. SACV-08-1265-DDP (FMOx) |
| 13 | |
| 14 | [The Honorable Dean D. Pregerson] |
| 15     Plaintiffs, | **STIPULATION RE: CONTINUANCE OF DEADLINE FOR DEFENDANT JEFFREY D. GOLDBERG TO RESPOND TO FIRST AMENDED COMPLAINT** |
| 16     vs. | |
| 17 BRAD A. MORRICE; PATTI M. DODGE; ROBERT K. COLE; EDWARD F. GOTSCHALL; JEFFREY D. GOLDBERG, | |
| 18 | |
| 19     Defendants. | Complaint Filed: November 7, 2008<br>Trial Date: None Set |

STIPULATION                                1

la-1059264

1   WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C. § 77j;
2   (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law Fraud;
3   and (5) Negligent Misrepresentation on November 7, 2008;
4   WHEREAS, Defendant Jeffrey Goldberg ("Goldberg") filed a motion to
5   dismiss Plaintiffs' claims against him;
6   WHEREAS, on May 13, 2009, the Court ruled on Goldberg's motion to
7   dismiss, denying the motion in part and granting the motion in part, with leave to
8   amend;
9   WHEREAS, Plaintiffs filed a First Amended Complaint on June 26, 2009;
10  WHEREAS, Goldberg currently has until January 19, 2010 to respond to
11  Plaintiffs' First Amended Complaint;
12  WHEREAS, counsel for the parties have engaged in meaningful discussions
13  regarding settlement of this and related litigation, the discussions and in-person
14  meetings are ongoing, and progress is being made with the aid of a mediator;
15  WHEREAS, counsel for the parties have submitted a separate stipulation
16  agreeing to extend the Scheduling Conference by approximately 60 days to March
17  29, 2010 in order to permit the parties to focus on the settlement discussions;
18  WHEREAS, counsel for Plaintiffs and Goldberg have also agreed to extend
19  by 60 days Goldberg's deadline to respond to Plaintiffs' First Amended Complaint;
20  NOW THEREFORE, Plaintiffs and Goldberg, through their respective
21  counsel, hereby stipulate and respectfully request that the Court order that the time
22  for Goldberg to respond to the First Amended Complaint shall be extended to
23  March 22, 2010.

| | | |
|---|---|---|
| 1 | Dated: January 8, 2010 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: /s/ Steven D. Atlee |
| 4 | | Steven D. Atlee |
| 5 | | Attorneys for Plaintiffs Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP |
| 8 | Dated: January 8, 2010 | MORRISON & FOERSTER LLP |
| 10 | | By: /s/ David B. Babbe |
| 11 | | Attorneys for Defendant JEFFREY D. GOLDBERG |

STIPULATION 3

la-1059264