UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KODIAK WAREHOUSE LLC, KODIAK WAREHOUSE JPM LLC, KODIAK CDO I, LTD., KODIAK CDO MANAGEMENT LLC, AND KODIAK FUNDING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD A. MORRICE; PATTI M. DODGE; ROBERT K. COLE; EDWARD F. GOTSCHALL; JEFFREY D. GOLDBERG,<br><br>Defendants. | Case No. SACV-08-1265-DDP (FMOx)<br><br>[The Honorable Dean D. Pregerson]<br><br>**[PROPOSED] ORDER RE: CONTINUANCE OF DEADLINE FOR DEFENDANT JEFFREY D. GOLDBERG TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 7, 2008<br>Trial Date: None Set |

[PROPOSED] ORDER                             1

la-1059265

1    WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C. § 77j;
2 (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law Fraud;
3 and (5) Negligent Misrepresentation on November 7, 2008;
4    WHEREAS, Defendant Jeffrey Goldberg ("Goldberg") filed a motion to
5 dismiss Plaintiffs' claims against him;
6    WHEREAS, on May 13, 2009, the Court ruled on Goldberg's motion to
7 dismiss, denying the motion in part and granting the motion in part, with leave to
8 amend;
9    WHEREAS, Plaintiffs filed a First Amended Complaint on June 26, 2009;
10    WHEREAS, Goldberg currently has until January 19, 2010 to respond to
11 Plaintiffs' First Amended Complaint;
12    WHEREAS, counsel for the parties have engaged in meaningful discussions
13 regarding settlement of this and related litigation, the discussions and in-person
14 meetings are ongoing, and progress is being made with the aid of a mediator;
15    WHEREAS, counsel for the parties have submitted a separate stipulation
16 agreeing to extend the Scheduling Conference by approximately 60 days to March
17 29, 2010 in order permit the parties to continue their settlement discussions;
18    WHEREAS, counsel for Plaintiffs and Goldberg have also agreed to extend
19 by 60 days Goldberg's deadline to respond to Plaintiffs' First Amended Complaint;
20    IT IS HEREBY ORDERED that the time for Goldberg to respond to the First
21 Amended Complaint shall be extended to March 22, 2010.
22
23 Dated: January __, 2010
24
25                                        _____
26                                        HON. DEAN D. PREGERSON
27                                        UNITED STATES DISTRICT COURT JUDGE
28

[PROPOSED] ORDER                          2
la-1059265