# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kodiak Warehouse LLC, Kodiak Warehouse JPM LLC, Kodiak CDO I, Ltd., Kodiak CDO Management LLC, and Kodiak Funding LP<br><br>Plaintiffs,<br><br>vs.<br><br>Brad A. Morrice; Patti M. Dodge; Robert K. Cole; Edward F. Gotschall; Jeffrey D. Goldberg<br><br>Defendants. | CASE NO.<br><br>SACV 08-01265 DDP (FMOx)<br><br>[The Honorable Dean D. Pregerson]<br><br>**[PROPOSED] ORDER REGARDING CONTINUANCE OF SCHEDULING CONFERENCE AND DEADLINE FOR JEFFREY D. GOLDBERG TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 7, 2008<br>Trial Date: None Set |

1  WHEREAS, Plaintiffs filed a complaint for (1) Violation of 18 U.S.C. § 77j; (2) Violation of 15 U.S.C. § 78t; (3) Civil Conspiracy; (4) Common Law Fraud; and (5) Negligent Misrepresentation on November 7, 2008;

4  WHEREAS, a Scheduling Conference is set for March 29, 2010;

5  WHEREAS, the parties are required to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) on or before March 12, 2010;

7  WHEREAS, the parties are required to submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before March 23, 2010;

9  WHEREAS, Defendant Jeffrey Goldberg ("Goldberg") filed a motion to dismiss Plaintiffs' claims against him;

11  WHEREAS, on May 13, 2009, the Court ruled on Goldberg's motion to dismiss, denying the motion in part and granting the motion in part, with leave to amend;

14  WHEREAS, Plaintiffs filed a First Amended Complaint on June 26, 2009;

16  WHEREAS, on January 11, 2010, the Court extended the time for Goldberg to respond to the First Amended Complaint to March 22, 2010;

18  WHEREAS, counsel for the parties have engaged in meaningful discussions regarding settlement of this and related litigation, the discussions and in person meetings are ongoing, and progress is being made with the aid of a mediator;

22  WHEREAS, counsel for the parties have agreed to extend certain pending deadlines for up to 60 days in order to continue the settlement discussions;

24  WHEREAS, the parties, through their respective counsel, stipulated that the Court continue the deadlines set forth below;

///
///
///

**IT IS HEREBY ORDERED as follows:**

1. The Scheduling Conference shall be continued from March 29, 2010 to May 24, 2010 at 3:30 p.m.;

2. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) on or before May 7, 2010; and

3. The parties shall submit a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before May 18, 2010.

4. The time for Goldberg to respond to the First Amended Complaint shall be extended to May 21, 2010.

Dated: March 12, 2010

*[signature]*

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE